UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 6:22-01246-LVV |
| LEGACY LIFESTYLES DESTIN LP, | ) | |
| *et al.*,[1] | ) | Chapter 15 |
| | ) | |
| Debtor in a Foreign Proceeding | ) | (Jointly Administered) |
| | ) | |

**FOREIGN REPRESENTATIVE'S MOTION
FOR LEAVE TO ATTEND HEARING REMOTELY**

Allan Rutman at Zeifman Partners Inc., as court-appointed receiver (the "Foreign Representative") for Legacy Lifestyles Destin LP, Legacy Lifestyles Destin GP Inc., Legacy Lifestyles Summerlin LP, Legacy Lifestyles Summerlin GP Inc., Legacy Lifestyles Trailwinds LP, Legacy Lifestyles Trailwinds GP Inc., Legacy Lifestyles Ocoee LP, Legacy Lifestyles Ocoee GP Inc., Legacy Lifestyles Longleaf LP, Legacy Lifestyles Longleaf GP Inc., Legacy Lifestyles Destin Property LLC, Legacy Lifestyles Trailwinds Property LLC, Legacy Lifestyles Ft. Myers Property LLC, Legacy Lifestyles Ocoee Property LLC and Legacy Lifestyles Longleaf Property LLC (collectively, the "Debtors") in a foreign proceeding under Canadian law (the "Canadian Proceeding") pending before the Superior Court of Justice, Ontario, Canada (the "Canadian Court"), respectfully moves (the "Motion") this Court to grant leave for the Foreign Representative

---

[1] The Debtors in these Chapter 15 cases and the first four identifying digits (the last four digits are all the same for most Debtors) of the tax number in the jurisdictions in which they pay taxes are as follows: Legacy Lifestyles Destin LP (7741); Legacy Lifestyles Destin GP Inc. (7827); Legacy Lifestyles Summerlin LP (7592); Legacy Lifestyles Summerlin GP Inc. (7612); Legacy Lifestyles Trailwinds LP (7258); Legacy Lifestyles Trailwinds GP Inc. (7290); Legacy Lifestyles Ocoee LP (7931); Legacy Lifestyles Ocoee GP Inc. (7940); Legacy Lifestyles Longleaf LP (7828); Legacy Lifestyles Longleaf GP Inc. (7850); Legacy Lifestyles Destin Property LLC (N/A); Legacy Lifestyles Trailwinds Property LLC (N/A); Legacy Lifestyles Ft. Myers Property LLC (N/A); Legacy Lifestyles Ocoee Property LLC (N/A); and Legacy Lifestyles Longleaf Property LLC (N/A).

and undersigned counsel to attend the hearing presently scheduled for September 30, 2025 at 10:30 a.m. (the "Hearing") before the Honorable Lori V. Vaughan. In support hereof, the Foreign Representative states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On February 11, 2022, the Canadian Court entered an order commencing the Canadian Proceeding and appointing the Receiver for the Debtors.

3. On April 7, 2022, the Foreign Representative filed a voluntary petition under Chapter 15 of the Bankruptcy Code for each of the Debtors with this Court, thereby commencing the cases jointly administered as *In re Legacy Lifestyles Destin LP et al.*, Chapter 15 Case No. 22-01246 (collectively, the "Chapter 15 Cases").

4. On May 9, 2022, this Court entered the *Order Granting Foreign Representative's Motion for Order Granting Recognition of Foreign Main Proceeding Pursuant to §§ 1517 and 1520 of the Bankruptcy Code and Related Relief* [ECF 28] (the "Recognition Order"), by which it recognized the Canadian Proceeding as a foreign main proceeding under sections 1517 and 1520 of the Bankruptcy Code.

5. On September 12, 2025, the Foreign Representative filed its *Motion for Entry of an Order Recognizing the Canadian Bankruptcy Court Order Authorizing the Sale of the Longleaf Property Free and Clear of Liens, Claims and Encumbrances* [ECF 82] and the *Foreign Representative's Ex Parte Motion to Shorten Time on the Motion for Entry of an Order*

25090871.v2

*Recognizing the Canadian Bankruptcy Court Order Authorizing the Sale of the Longleaf Property Free and Clear of Liens, Claims and Encumbrances* [ECF 83].

## ARGUMENT

6.     The Foreign Representative is located in Toronto, Canada and his counsel is located in either Louisville, Kentucky or Toronto, Canada. Thus far all hearings in these Chapter 15 Cases have been conducted via Zoom. This has allowed the Foreign Representative to save resources by avoiding costly travel, and because the hearings have not been contentious no issues have arisen.

7.     The Foreign Representative recognizes that Her Honor has changed her Courtroom Procedures to prefer in-person hearings, but the Foreign Representative contends that good cause exists to allow the Foreign Representative and his counsel to appear at the Hearing remotely. The Hearing is based on its fourth piece of property that has been sold in this proceeding and doesn't expect there to be evidence taken.

WHEREFORE, based on the foregoing, the Foreign Representative respectfully requests that this Court enter an order authorizing the Foreign Representative and counsel to attend the Hearing remotely.

Dated: September 12, 2025                    Respectfully submitted,

*/s/ James R. Irving*
James R. Irving (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Email: james.irving@dentons.com

*Counsel to the Foreign Representative*

25090871.v2

## CERTIFICATE OF SERVICE

      I, James R. Irving, being an individual eighteen years or older, certify that on September 12, 2025, I filed the foregoing document on the Court's CM/ECF electronic filing system, which caused the documents to be served on all parties in this case receiving notice and service through the Court's CM/ECF electronic filing system.

                                              */s/ James R. Irving*
                                              James R. Irving
                                              *Counsel to the Foreign Representative*